# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LARRY WAYNE JONES
ADC #70147                                                                                           PLAINTIFF

V.                              No. 5:10CV00068 JMM-BD

DARRYL GOLDEN, *et al.*                                                                  DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as to the Court's findings on the Plaintiff's First Amendment claims. Plaintiff may proceed on his Fourteenth Amendment claims.

The Defendants' motion for summary judgment (docket entry #50) is GRANTED as to Plaintiff's First Amendment claims. Plaintiff's First Amendment claims are dismissed with prejudice. Defendants' motion for summary judgment (docket entry #50) is DENIED as to Plaintiff's Fourteenth Amendment claims.

IT IS SO ORDERED, this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE