IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY WAYNE JONES
ADC #70147                                                                                        PLAINTIFF

V.                                       5:10CV00068 JMM/BD

DARRYL GOLDEN, *et al.*                                                              DEFENDANTS

## ORDER

Plaintiff asks the Court to reconsider United States Magistrate Judge Beth Deere's decisions to deny his motions to compel (Dockets # 94 and 123) and her subsequent order denying Plaintiff's motion to reconsider (Docket # 127).  Pursuant to Federal Rule of Civil Procedure 72(a), the Court has reviewed the relevant pleadings and finds that Judge Deere's orders are not clearly erroneous or contrary to law.  Judge Deere has reviewed Plaintiff's Request for Admissions and Requests for Production thoroughly, made fair decisions, and given Plaintiff the opportunity to revise his discovery requests which he has failed to do.  Accordingly, Plaintiff's Motion for Review by the District Judge (Docket #129) is DENIED.

IT IS SO ORDERED this 8th day of June, 2011.

_____
James M. Moody
United States District Judge